# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br>    Appellants, | |
| v. | CIVIL ACTION NO. 3:21-cv-2268-S |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Appellee | |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Debtor | CASE NO. 19-34054-sgj11 |

COME NOW, the Dugaboy Investment Trust ("Appellant"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to 28 U.S.C. § 158(d), hereby appeal to the United States Court of Appeals for the Fifth Circuit that certain *Order* (the "Order") entered by the District Court on August 8, 2022, at ECF Docket No. 21 dismissing the Appeal to the District Court from the Bankruptcy Court as moot.

The names of the parties to the Order and the contact information for their attorneys are as follows:

{00378632-1}

1. <u>Appellant</u>:

    The Dugaboy Investment Trust

    <u>Attorneys</u>:

    Douglas S. Draper
    ddraper@hellerdraper.com
    Leslie A. Collins
    lcollins@hellerdraper.com
    Greta M. Brouphy
    gbrouphy@hellerdraper.com
    Michael E. Landis
    mlandis@hellerdraper.com
    Heller, Draper & Horn, L.L.C.
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130
    Telephone: (504) 299-3300
    Fax: (504) 299-3399

2. <u>Appellee</u>:

    Highland Capital Management, L.P.

    <u>Attorneys</u>:

    Jeffrey N. Pomerantz
    Ira D. Kharasch
    John A. Morris
    Gregory V. Demo
    Hayley R. Winograd
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: (310) 277-6910
    Facsimile: (310) 201-0760
    Email:      jpomerantz@pszjlaw.com
                ikharasch@pszjlaw.com

{00378632-1}

      jmorris@pszjlaw.com
      gdemo@pszjlaw.com
      hwinograd@pszjlaw.com

Respectfully Submitted this 24th day of August, 2022.

      **HELLER, DRAPER & HORN, L.L.C.**

      By: */s/ Douglas S. Draper*
      Douglas S. Draper, La. Bar No. 5073
      ddraper@hellerdraper.com
      Leslie A. Collins, La. Bar No. 14891
      lcollins@hellerdraper.com
      Greta M. Brouphy, La. Bar No. 26216
      gbrouphy@hellerdraper.com
      Michael E. Landis, La. Bar No. 36542
      mlandis@hellerdraper.com
      650 Poydras Street, Suite 2500
      New Orleans, LA 70130
      Telephone: (504) 299-3300
      Fax: (504) 299-3399

      ATTORNEYS FOR THE DUGABOY
      INVESTMENT TRUST

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on this the 24th day of August, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

                                        */s/ Douglas S. Draper*
                                        Douglas S. Draper

{00378632-1}