IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br>    Appellants,<br><br>        v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Appellee | CIVIL ACTION NO. 3:21-cv-2268-S |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Debtor | CASE NO. 19-34054-sgj11 |

## CERTIFICATE OF NO TRANSCIPT ON APPEAL

COME NOW, the Dugaboy Investment Trust ("Appellant"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to Fed. R. App. P. 10 and U. S. Ct. of App. 5th Cir. Rule 10, files this Certificate stating that no transcript of proceedings at the District Court needs to be ordered as no oral arguments in front of the Court were held.

{00378657-1}

Respectfully Submitted this 30th day of August 2022.

        **HELLER, DRAPER & HORN, L.L.C.**

        By: */s/ Douglas S. Draper*
        Douglas S. Draper, La. Bar No. 5073
        ddraper@hellerdraper.com
        Leslie A. Collins, La. Bar No. 14891
        lcollins@hellerdraper.com
        Greta M. Brouphy, La. Bar No. 26216
        gbrouphy@hellerdraper.com
        Michael E. Landis, La. Bar No. 36542
        mlandis@hellerdraper.com
        650 Poydras Street, Suite 2500
        New Orleans, LA 70130
        Telephone: (504) 299-3300
        Fax: (504) 299-3399

        ATTORNEYS FOR THE DUGABOY
        INVESTMENT TRUST

{00378657-1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 30th day of August, 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee as follows:

- **Zachery Z Annable**
  zannable@haywardfirm.com,zannable@franklinhayward.com
- **Case Admin Sup**
  txnb_appeals@txnb.uscourts.gov
- **Leslie A Collins**
  lcollins@hellerdraper.com,dhepting@hellerdraper.com
- **Gregory V Demo**
  gdemo@pszjlaw.com,hwinograd@pszjlaw.com,lsc@pszjlaw.com,jfried@pszjlaw.com
- **Douglas Draper**
  ddraper@hellerdraper.com,gbrouphy@hellerdraper.com,vgamble@hellerdraper.com,dhepting@hellerdraper.com
- **Melissa S Hayward**
  mhayward@haywardfirm.com,mholmes@haywardfirm.com
- **Stacey G Jernigan**
  sgj_settings@txnb.uscourts.gov,anna_saucier@txnb.uscourts.gov
- **Jordan A Kroop**
  Jkroop@pszjlaw.com
- **John A Morris**
  jmorris@pszjlaw.com,hwinograd@pszjlaw.com,lsc@pszjlaw.com
- **Jeffrey N Pomerantz**
  jpomerantz@pszjlaw.com

*/s/ Douglas S. Draper*
Douglas S. Draper

{00378657-1}