# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-10831

———————

IN THE MATTER OF HIGHLAND CAPITAL MANAGEMENT, L.P.

*Debtor*,

———————————————

THE DUGABOY INVESTMENT TRUST,

*Appellant*,

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2268
USDC No. 19-34054

———————————————

ORDER:

    IT IS ORDERED that Appellee's opposed motion to strike the Appellant's reply brief is DENIED.

    IT IS FURTHER ORDERED that Appellee's opposed alternative motion to strike four specified statements is DENIED.

No. 22-10831

It is further ordered that Appellee may file a sur-reply to the Appellant's reply brief.

/s/James E. Graves, Jr.
JAMES E. GRAVES, JR.
*United States Circuit Judge*