# United States Court of Appeals
# for the Fifth Circuit

No. 22-10831
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 28, 2023

Lyle W. Cayce
Clerk

In the matter of Highland Capital Management, L.P.

*Debtor,*

The Dugaboy Investment Trust,

*Appellant,*

*versus*

Highland Capital Management, L.P.,

*Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2268
USDC No. 19-34054

Before Higginbotham, Graves, and Ho, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 22-10831

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Mar 22, 2023

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**